**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

---

*In re* Application for Discovery
Pursuant to 28 U.S.C. § 1782

Case No. _____

Hon. _____

---

**DECLARATION OF PAUL LEMING IN SUPPORT OF WATER STREET
CAPITAL, INC.'S APPLICATION FOR AN ORDER PERMITTING
DISCOVERY PURSUANT TO 28 U.S.C. § 1782**

I, Paul Leming, hereby declare under penalty of perjury, pursuant to 28 U.S.C.

§ 1746, that the following is true and correct:

1.      My name is Paul Leming.  I am a Principal at Water Street Capital, Inc.

("Water Street").

2.      I respectfully submit this declaration in support of Water Street's

petition for an order pursuant to 28 U.S.C. § 1782 to conduct discovery for use in a

foreign proceeding.

3.      I have personal knowledge of the facts and matters discussed herein,

including knowledge developed over the course of Water Street's investigation into

the transactions at issue in this application and based on my review of publicly

available records.

4.      For the last 20 years, I have followed companies in the solar energy industry and analyzed securities issued by companies active in this industry for potential investment, including the Norwegian public company REC Silicon ASA ("REC Silicon"), which produces high-purity polycrystalline silicon material known as "polysilicon" at a facility in Moses Lake, Washington.  Water Street is a minority investor in REC Silicon.

5.      Water Street is making this application for discovery because, based on the information publicly available and my understanding of what multiple former employees of REC Silicon have stated, there is strong evidence that REC Silicon's controlling shareholder and sole customer—subsidiaries of the Korean conglomerate Hanwha Group ("Hanwha")—are attempting to defraud REC Silicon's other investors through actions taken in this District and elsewhere. Specifically, Water Street believes that Hanwha is conspiring to defraud REC Silicon's other shareholders by sabotaging and mismanaging the Moses Lake plant, terminating its experienced employees, continuously changing production procedures and intentionally causing REC Silicon to fail a crucial test of its product's quality as a pretext to terminate a 10-year supply contract.  REC Silicon's stock price collapsed upon Hanwha's termination of the supply contract, shortly thereafter, Hanwha commenced a tender offer to attempt to purchase the remainder of REC Silicon for pennies on the dollar, all the while making public statements to investors

2

containing material errors and omissions that conceal its scheme. Water Street respectfully requests this Court grant its application to take discovery of these matters in this District and elsewhere, for use in Water Street's contemplated lawsuit in Norway.

## I.    The Entites, Individuals, and Facilities at Issue

6.    REC Silicon was one of the United States' largest producers of solar and electronic grade silicon and silane gas, raw materials used for the manufacturing of solar panels, semiconductor devices, and electric vehicle batteries.

7.    REC Silicon operates polysilicon production facilities in the United States in Moses Lake, Washington and Butte, Montana.[1]  The Butte silane gas facility is still operating, while the Moses Lake silane facility has been placed on standby.[2]

---

[1]    *About Us*, REC SILICON,  https://recsilicon.com/about-us/, (last visited June 5, 2025); *Hanwha Solutions Becomes the Largest Shareholder of "Clean Polysilicon" Manufacturer REC Silicon to Build a Green Solar Supply Chain*, HANWHA, (Apr. 4, 2022), https://www.hanwha.com/newsroom/news/press-releases/hanwha-solutions-becomes-the-largest-shareholder-of-clean-polysilicon-manufacturer-rec-silicon-to-build-a-green-solar-supply-chain.do.

[2]    *About Us*, REC SILICON,  https://recsilicon.com/about-us/, (last visited June 5, 2025); Nils O. Kjerstad, *REC Silicon - Ceasing of Production at Moses Lake, Washington Facility, Transitioning to Pure-Play Silicon Gas Producer*, REC SILICON, (Dec. 30, 2024, at 19:45:00 ET), https://recsilicon.com/news-article/?slug=rec-silicon-ceasing-of-production-at-moses-lake-washington-facility-transitioning-to-pure-play-silicon-gas-producer.

8.    REC Silicon is headquartered in Lysaker, Norway and listed on the Oslo stock exchange.[3]

9.    Hanwha is the controlling shareholder in REC Silicon, holding 33% of shares in the corporation through its subsidiaries Hanwha Solutions Corporation and Hanwha Corporation.[4]

10.    Hanwha is headquartered in Seoul, Korea, and operates its business through (apparently) five divisions: Qcells, Chemical, Advanced Materials, Galleria and City Development.[5]

---

[3]    *About Us*, REC SILICON, https://recsilicon.com/about-us/, (last visited June 5, 2025); *Company History*, REC SILICON, https://recsilicon.com/about-us/company-history/ (last visited June 5, 2025).

[4]    *Share Information*, REC SILICON, https://recsilicon.com/investor-relations/share-information/ (last visited June 5, 2025).

[5]    *Business* | *Global Networks*, HANWHA, (last visited June 5, 2025); *Hanwha Solutions Becomes the Largest Shareholder of "Clean Polysilicon" Manufacturer REC Silicon to Build a Green Solar Supply Chain*, HANWHA, (Apr. 4, 2022), https://www.hanwha.com/newsroom/news/press-releases/hanwha-solutions-becomes-the-largest-shareholder-of-clean-polysilicon-manufacturer-rec-silicon-to-build-a-green-solar-supply-chain.do.

11.     Hanwha's Qcells Division ("Hanwha Qcells") owns the largest solar module production facility in the United States and operates two facilities in the country: Cartersville, Georgia and Dalton, Georgia.[6]

12.     Water Street is a private investment firm headquarted in Jacksonville, Florida.[7]

13.     Water Street is the second largest shareholder in REC Silicon, holding approximately 8.26% of shares in REC Silicon.  As of June 6, 2025, there are five members of the Board of Directors in REC Silicon: Tae Won Jun, Jooyong Chung, Dr. Renate Oberhoffer-Fritz, Vivian Betseka, and Robert Neuhauser.  A majority of the Board of Directors—Mr. Jun, Ms. Chung, and Dr. Oberhoffer-Fritz—were nominated by Hanwha.[8]

---

[6]   Marta Stoepker, *Qcells North America Completes Dalton Factory Expansion*, QCELLS (Oct. 8, 2023), https://us.qcells.com/blog/qcells-north-america-completes-dalton-factory-expansion/.

[7]   WATER STREET CAPITAL, INC., https://wscapital.com/,  (last visited June 5, 2025).

[8]   *Who We Are | Board of Directors*, REC SILICON, https://recsilicon.com/about-us/who-we-are/, (last visited June 5, 2023); Nils O. Kjerstad, *REC Silicon - Announcement from Hanwha Solutions on nominated board members*,  REC SILICON, (Apr. 22, 2022), https://www.globenewswire.com/news-release/2022/04/22/2427523/0/en/REC-Silicon-Announcement-from-Hanwha-Solutions-on-nominated-board-members.html.

## II.    Background on Polysilicon and the Moses Lake Facility

14.    Since 2005, REC Silicon has owned the Moses Lake facility, which produces silane gas and solar-grade polysilicon.

15.    The Moses Lake facility plays a key role in the solar panel supply chain. Manufacturing polysilicon with extremely high purity levels (less than 1 part per billion, 99.9999999%, or "nine 9's" of purity) is the first step to producing solar panels. The purity level of polysilicon is important because trace impurities in the polysilicon can affect the lifetime, performance and reliability of the end products. After meticulous production, solar-grade polysilicon is converted into a solar-grade silicon wafer, which is in turn converted into a solar cell. Multiple solar cells are then assembled into a final, finished product: a solar panel which converts sunlight into electricity.

16.    Starting well before it was purchased by REC Silicon in 2005, the Moses Lake facility in Washington state has a long and storied history as an innovator in the process of producing purified polysilicon, through a unique propriety fluidized bed reactor ("FBR") process. These innovations and the expertise and hard work of the employees at Moses Lake permitted the Moses Lake facility to show great promise as a low-cost producer of high-purity polysilicon as the demand for solar-grade polysilicon increased dramatically in the 2010s. However, beginning in 2015, China began imposing tariffs on U.S.-produced . As

6

a result of those traiffs, the Moses Lake facility was forced to reduce production year after year.  Finally in 2019, REC Silicon ceased production at the Moses Lake facility when it became uneconomic (because of China's tariffs) to operate the facility.

### III.    Hanwha Invests in the Production of Solar Materials

17.    Between 2021 and 2022, Hanwha invested in REC Silicon to become its largest shareholder.  In May 2022, Hanwha finalized the purchase of REC Silicon shares at 20 Norwegian Kroners (approximately $2 USD) per share, which increased its stake in REC Silicon to approximately 33.33%.[9]

18.    The following month, in June 2022, in  REC Silicon announced a plan to renovate the Moses Lake facility and restart production of solar grade polysilicon at the Moses Lake facility upon completion of the renovation (targeted for the fourth quarter of 2023).[10]

---

[9]    *REC Silicon – Disclosure of large shareholding*, REC SILICON, (May 10, 2022, at 6:45:00 ET), https://recsilicon.com/news-article/?slug=rec-silicon-disclosure-of-large-shareholding-3135201f.

[10]    James A. May II & Nils O. Kjerstad, *REC Silicon ASA – Strategic equity investment by Hanwha Solutions*, ( Nov. 18, 2021, at 01:30 ET), https://www.globenewswire.com/news-release/2021/11/18/2336964/0/en/REC-Silicon-ASA-Strategic-equity-investment-by-Hanwha-Solutions.html; Douglas J. Moore & Nils O. Kjerstad, *REC Silicon - REC Silicon and Ferroglobe Announce MOU for Solar Supply Chain Expansion*, (June 6, 2022, at 06:00:00), https://recsilicon.com/news-article/?slug=rec-silicon-rec-silicon-and-ferroglobe-announce-mou-for-solar-supply-chain-expansion-662556d8.

19.    In January 2023, REC Silicon announced that its subsidiary, REC Solar Grade Silicon LLC, and a wholly owned subsidiary of Hanwha Solutions, Hanwha QCells Georgia,  had entered a binding term sheet for a 10-year contract that provided for the sale of 100% of all the prime high-purity granular polysilicon produced in the Moses Lake facility to Hanwha QCells Georgia.[11]  On September 6, 2023, REC Silicon announced that the agreement was executed (the "Polysilicon Purchase Agreement"), and issued a press release stating, "the full-form supply agreement was an imperative milestone for the reopening of the Moses Lake facility."[12]  While the contract was never made public, indications were given by REC Silicon that the contract would provide REC Silicon with reinvestment economics at the Moses Lake facility.  The 10-year value of the contract was stated

---

[11]  Nils O. Kjerstad, *REC Silicon – Statement of Material Agreement Concluded between REC Silicon ASA's Subsidiary REC Solar Grade Silicon LLC and Hanwha Solutions*, REC SILICON, (Jan. 31, 2023, at 20:45:00 ET), https://recsilicon.com/news-article/?slug=rec-silicon-statement-of-material-agreement-concluded-between-rec-silicon-asas-subsidiary-rec-solar-grade-silicon-llc-and-hanwha-solutions; *Annual Report 2023*, REC SILICON, https://recsilicon.com/wp-content/uploads/2024/03/rec-silicon-annual-report-2023.pdf (last visited June 5, 2025).

[12]  Jack Yun & Nils O. Kjerstad, *REC Silicon – Signed full form FBR offtake agreement*, REC SILICON, (Sep. 6, 2023, at 07:20:00 ET), https://recsilicon.com/news-article/?slug=rec-silicon-signed-full-form-fbr-offtake-agreement.

by REC Silicon to be approximately $3 billion.[13]  Given the production capability of the Moses Lake facility (16,000 metric tons of polysilicon per year), this implied an average sales price of approximately $18 per kilogram—well below the $35–40 per kilogram price of polysilicon in China at the time Hanwha began investing in REC Silicon.[14]

20.    At the time Hanwha agreed to purchase a stake in REC Silicon, solar-grade polysilicon was in short supply as a result of electricity shortages in China and public reporting that slave labor was being used in Chinese polysilicon facilities, which led to the curtailment of use of Chinese-produced polysilicon.  Polysilicon was in short supply, and the price of polysilicon increased four- to five- fold to over $40 per kilogram.  The price below the shortage was below $10 per kilogram.  In January 2023, Hanwha announced the construction of an integrated solar manufacturing facility, producing solar wafers, solar cells and solar modules in

---

[13]  *Id.*

[14]  *Hanwha Solutions Becomes the Largest Shareholder of "Clean Polysilicon" Manufacturer REC Silicon to Build a Green Solar Supply Chain*, HANWHA, (Apr. 4, 2022), https://www.hanwha.com/newsroom/news/press-releases/hanwha-solutions-becomes-the-largest-shareholder-of-clean-polysilicon-manufacturer-rec-silicon-to-build-a-green-solar-supply-chain.do.

Cartersville, Georgia.[15]  *The "Cartersville facility w[as] [to] take 100% of the polysilicon produced in Moses Lake to produce American-made solar panels."*[16]

## IV.   The Moses Lake Facility Resumes Production of Polysilicon

21.    In November 2023, REC Silicon announced that production of polysilicon at the Moses Lake facility had begun and REC Silicon's Chief Executive Officer, Kurt Levens, stated that the company "plan[ned] to start the first deliveres of high-purity granular polysilicon in Q1 2024."[17]

22.    In December 2023, I and another Water Street employee, John Adams, met with Mr. Levens and REC Silicon's Chief Financial Officer, Jack Yun at the Moses Lake facility.  Mr. Levens and Mr. Yun told us, in sum and substance and in relevant part, that the polysilicon that had been produced by the date of our visit exceeded the quality the facility produced before it was shutdown in 2019.

---

[15]  *Hanwha Qcells and True Green Capital partner to install 450MW of solar across America*, HANWHA, (May 3, 2024), https://www.hanwha.com/newsroom/news/press-releases/hanwha-qcells-and-true-green-capital-partner-to-install-450mw-of-solar-across-america.do.

[16]  Marta Stoepker, *Qcells Investments Boost Georgia's Clean Energy Economy*, HANWHA, (May 3, 2024), https://us.qcells.com/blog/qcells-investments-boost-georgias-clean-energy-economy/ (emphasis added).

[17]  Nils O. Kjerstad, *REC Silicon – Restart of REC Silicon Moses Lake Update*, REC SILICON, (Nov. 11, 2023, at 19:06:00 ET), https://recsilicon.com/news-article/?slug=rec-silicon-restart-of-rec-silicon-moses-lake-update.

23.    Polysilicon production was underway and in the first quarter of 2024, REC Silicon announced that there were contamination issues in a new packaging system that had been installed in the Moses Lake facility as part of the restart of the plant and deliveries of polysilicon would be delayed for a period of a month or two.

24.    In my capacity as Water Street's lead analyst of REC Silicon, I spoke with Mr. Levens approximately every quarter.  Mr. Levens repeatedly told me, in sum and substance and in relevant part, that REC Silicon had identified the soure of the packaging contamination and work was underway on a ***number*** of possible solutions.  ***Mr. Levens, as well as other public statements from the company, made clear that REC Silicon expected to overcome any contamination issues and supply adequately pure polysilicon to Hanwha as contracted.***

25.    While work on a resolution of the contamination issue at Moses Lake was underway, on April 23, 2024, Hanwha filed a petition with the United States Department of Commerce, International Trade Administration (the "Department of Commerce") seeking a 0% tariff on certain silicon-based solar products coming from Cambodia, Malaysia, Thailand, and Vietnam.  Ex. 1 (Pet'r's Letter) at 1; Ex. 2 (Pet. Volume I) at 1, 22–23; Ex. 3 (Pet. Volume II) at 1, 23; Ex. 4 (Pet. Volume III) at 1, 22–23; Ex. 5 (Pet. Volume IV) at 1, 22; Ex. 6 (Pet. Volume V) at 1.  In other words, Hanwha was seeking from the United States Government an exemption to tariffs on silicon-based solar products, so that it could import material from abroad for use in

its Cartersville facility—potentially eliminating the need for polysilicon from the Moses Lake facility.

26.    On September 13, 2024, REC Silicon issued a press release explaining that the contamination issues at the Moses Lake facility had been resolved, "***all impurities have now been reduced to levels that are acceptable to our customer*** and we have an agreement in principle to modify a specification subject to a final evaluation and qualification test, as is typical in the industry after such a modification."[18]

## V.    REC Silicon Sends Polysilicon for Qualification Testing

27.    On October 21, 2024, REC Silicon announced that "[t]he testing of the material [of ultra-high purity polysilicon] has been delayed due to unexpected procedures by customs of the country where the testing will be performed."[19]  The company explained that "[t]he qualification process must be completed successfully before the customer accepts the agreed modified specification for our product and

---

[18]  Nils O. Kjerstad, *REC Silicon – Update Regarding First Shipment of Ultra-High Purity Polysilicon*, REC SILICON, (Sep. 9, 2024, at 16:28:00 ET), https://recsilicon.com/news-article/?slug=rec-silicon-update-regarding-first-shipment-of-ultra-high-purity-polysilicon (emphasis added).

[19]  Nils O. Kjerstad, *REC Silicon – Update Regarding Qualification of Ultra-High Purity Polysilicon*, REC SILICON, (Oct. 21, 2024, at 06:24:00 ET), https://recsilicon.com/news-article/?slug=rec-silicon-update-regarding-qualification-of-ultra-high-purity-polysilicon.

the Company is able to make its first shipment of product." A few weeks later, on November 11, 2024, REC Silicon announced that the qualification material had cleared customs and was available for third party testing.[20] ***Given the ultra high purity requirements of the polysilicon material, I am concerned about the handling and storage of the Moses Lake polysilicon during the time it sat in customs.***

28.    I asked Mr. Levens where the qualification material was sent for testing and what third party conducted the test, and he said that he was not privy to that information but presumed that the testing was done in China.

29.    I was stunned. In my experience, it is highly irregular for the Chief Executive Officer of a company not to know where his company's products were being tested, or the progress of that testing, when the outcome of that testing would purportedly determine the fate of the company's sole contract to supply 100% of its materials to one customer.

30.    While the polysilicon was with Hanwha's-chosen third party partner for qualification testing, on November 27, 2024, the Department of Commerce

---

[20] Nils O. Kjerstad, *REC Silicon – Qualification Material of Ultra-High Purity Polysilicon Clears Customs*, REC SILICON, (Nov. 15, 2024, at 17:20:00 ET), https://recsilicon.com/news-article/?slug=rec-silicon-qualification-material-of-ultra-high-purity-polysilicon-clears-customs

issued a preliminary determination granting Hanwha a 0% tariff on certain solar cells coming from Cambodia, Malaysia, Thailand, and Vietnam.  Ex. 7 (Decision Mem. for the Prelim. Affirmative for Cambodia) at 1, 8; Ex. 8 (Decision Mem. for the Prelim. Affirmative for  Malaysia) at 1, 12; Ex. 9 (Decision Mem. for the Prelim. Affirmative for Thailand) at 1, 17, 41; Ex. 10 (Decision Mem. for the Prelim. Affirmative for Vietnam) at 1.  ***The determination allowed Hanwha to import solar material into the United States for use at its Cartersville facility without any tariffs, significantly reducing the attractiveness of the Moses Lake facility and the 10-year supply agreement with REC Silicon.***

## VI.    Hanwha Deems Polysilicon Qualification Test Unsuccessful

31.    A few weeks after the Department of Commerce issued its preliminary determination, on December 17, 2024, REC Silicon announced that its "Customer"—Hanwha—had "deemed" the shipped material to have failed the qualification tests called for by the parties' supply contract.  REC Silicon stated that "due to the impurity issues in the qualification material sent, the customer deemed the test to be unsuccessful.  This was due to lower-than-expected levels of

crystallization and the ingot yield observed in the testing runs, which the customer deemedto be not acceptable for their production process at this stage."[21]

32.     REC Silicon further explained that it "is in discussions with its customer to determine the feasibility of another test which will be contingent upon the Company making improvements in the manufacturing process at Moses Lake"; that the "timing and likelihood of achieving the necessary improvements is uncertain at this point in time"; and that "[a]s a result of the unsuccessful qualification test, REC Silicon is reviewing multiple strategic options," which "may include additional operational adjustments, contractual re-negotiations, and other mitigative actions."[22]

33.     On December 30, 2024, REC Silicon issued a press release announcing that it was ceasing production at the Moses Lake facility due to the failure to timely "improve the level of some key impurities that resulted primarily from the post-reactor product finishing and handling systems."  REC Silicon stated that Hanwha QCells Georgia "is not able to wait any longer for delivery of product that consistently meets the requirements at the correct levels and can be delivered at the needed volumes" (***even though the Cartersville solar wafer facility was not yet***

---

[21]  Nils O. Kjerstad, *REC Silicon – Results of Qualification Test*, REC SILICON, (Dec. 17, 2024, at 19:10:00 ET), https://recsilicon.com/news-article/?slug=rec-silicon-results-of-qualification-test.

[22]  *Id.*

15

*operational*), and that due to the inability to secure a new customer, "[p]roduction of polysilicon will be discontinued at the Moses Lake facility, while equipment involved in production of silicon gases will be maintained in a safe and recoverable mode" that "give[s] the [c]ompany the flexibility to capitalize on future customer demand for Silicon Anode or other gases."[23]

34.    In my experience, it is highly irregular for a company who has invested many millions of dollars in a supply facility and contract—as Hanwha did in REC Silicon and its Moses Lake facility—to suddenly terminate that supply contract without attempting to work through production issues.

35.    Just *four days* after REC Silicon announced it was halting production of polysilicon, on January 3, 2025, Hanwha Qcells stated that Hanwha signed a long-term agreement for polysilicon from OCI—a South Korean company which produces its polysilicon in Sarawak, Malaysia—to supply polysilicon for its

---

[23]  Nils O. Kjerstad, *REC Silicon - Ceasing of Production at Moses Lake, Washington Facility, Transitioning to Pure-Play Silicon Gas Producer*, REC SILICON, (Dec. 30, 2024, at 19:45:00 ET), https://recsilicon.com/news-article/?slug=rec-silicon-ceasing-of-production-at-moses-lake-washington-facility-transitioning-to-pure-play-silicon-gas-producer.

Cartersville facility.[24]    With the Department of Commerce's preliminary determination allowing for Hanwha's importation of polysilicon from Malaysia with 0% tariffs in hand, Hanwha put finishing touches to sabotaging REC Silicon, its investors, the Moses Lake facility, and the hundreds of employees who depended on the company for their livelihood.

## VII.    Hanwha Terminates Polysilicon Purchase Agreement and Announces A Tender Offer to Purchase the Remainder of REC Silicon for Pennies on the Dollar.

36.    On January 24, 2025, REC Silicon announced that its U.S. affiliate and Hanwha QCells terminated the Polysilicon Purchase Agreement.[25]

---

[24] Comment, Qcells North America, (Jan. 3, 2025), *on* Kelly Pickerel, *LinkedIn*, https://www.linkedin.com/posts/kellypickerel_rec-silicon-shuts-down-moses-lake-polysilicon-activity-7279852669811269632-ZtJJ#:~:text=Qcells%27%20parent%20company%20Hanwha%20Solutions,in%20the%20U.S.%20and%20abroad.&text=Call%20me%20the%20least%20surprised%20in%20the%20room%E2%80%A6.&text=Curious%20with%20the%20new%20administration,that%27s%20a%20bummer%2C%20okay.%E2%80%9D; Kelly Pickerel, *REC Silicon shuts down Moses Lake polysilicon plant*, SOLAR POWER WORLD, (Jan. 3, 2025), https://www.solarpowerworldonline.com/2024/12/rec-silicon-shuts-down-moses-lake-polysilicon-plant/#:~:text=The%20once%2Dglobally%20dominating%20polysilicon,attempts%20to%20rectify%20the%20issues.

[25] Nils O. Kjerstad, *REC Silicon - Announces the Close of a USD 40M Term Loan and Termination of Granular Polysilicon Supply Agreement*, REC SILICON, (Jan. 24, 2025, at 20:54:00 ET), https://recsilicon.com/news-article/?slug=rec-silicon-announces-the-close-of-a-usd-40m-term-loan-and-termination-of-granular-polysilicon-supply-agreement.

37.    These development caused REC Silicon's public stock price to collapse, dropping from over 10 Norwegian Kroners ($1 USD) per share in October 2024 to nearly 1 Norwegian Kroner ($0.10 USD) per share in January 2025.

38.    On April 21, 2025, the Department of Commerce made the final determination affirming a 0% tariff for Hanwha on certain solar cells imported from Cambodia, Malaysia, Thailand, and Vietnam. Ex. 11 (Issues and Decision Mem. for the Final Affirmative for Cambodia) at 1,8; Ex. 12 (Issues and Decision Mem. For the Final Affirmative for Malaysia) at 1, 12; Ex. 13 (Issues and Decision Mem. For the Final Affirmative for Thailand) at 1,17, 41; Ex. 14 (Issues and Decision Mem. For the Final Affirmative for Vietnam) at 1.

39.    Three days later, on April 24, 2025, the Hanwha-controlled REC Silicon Board of Directors unanimously recommended that its shareholders accept an all cash offer by Anchor AS, a company owned by Hanwha Global Americas Corporation (hereinafter "Hanwha Global"), to acquire all issued and outstanding shares in REC Silicon at an offer price of 2.20 Norwegian Kroners (approximately

$0.22 USD) per share, representing an aggregate equity value of the company of approximately 925 million Norwegian Kroners ($88.8 million USD).[26]

40.    In other words, Hanwha indirectly offered to purchase a *two-thirds* stake in REC Silicon for $67 million USD, whereas it had initially purchased *one-third* of REC Silicon's shares for $280 million USD at 20 Norwegian Kroners ($2 USD) per share.  The REC Silicon Board of Directors agreed that the company's value depreciated by a whopping 89% over a period of two and a half years under Hanwha's stewardship.

41.    On May 23, 2025, Anchor, "a newly incorporated company owned by Hanwha Global Americas Corporation," issued an offer document detailing the terms and conditions of the voluntary offer to "acquire all issued and outstanding shares" in REC Silicon and its subsidiaries for 2.20 Norwegian Kroner ($0.22 USD) per share (the "Tender Offer").  Ex. 15 (Offer Document) at 1, 4.  Shareholders who wish to accept the offer must do so before the expiration date of June 24, 2025, unless the accepted period is extended by Hanwha Global.

---

[26] Nils O. Kjerstad, *REC Silicon - RECOMMENDED VOLUNTARY CASH OFFER TO ACQUIRE ALL SHARES IN REC SILICON*, REC SILICON, (Apr. 24, 2025, at 19:04:00 ET), https://recsilicon.com/news-article/?slug=rec-silicon-recommended-voluntary-cash-offer-to-acquire-all-shares-in-rec-silicon.

42.     The Tender Offer included a warning that "[i]t may be difficult for U.S. Shareholders to enforce their rights and claims under U.S. federal securities" because Anchor "is a company incorporated under the laws of Norway." Ex. 15 at 7–8. It further stated that the offer letter was prepared "in accordance with Chapter 6 of the Norwegian Securities Trading Act to provide the Shareholders of [REC Silicon] with a basis for evaluating the Offer." Ex. 15 at 9.

43.     The Tender Offer included multiple materially misleading statements. Although Hanwha terminatedthe Polysilicon Purchase Agreement, the Tender offer stated that "the best viable path" for REC Silicon was for the company to be "taken into private ownership" "in order to safeguard the future of the Company and retain remaining shareholder values." Ex. 15 at 19. The Tender Offer further misstated that the proposed acquisition would "help [REC Silicon] optimize its supply chain, improve operational efficiency, drive continuous innovation and enhance its competitiveness in the global market." Ex. 15 at 19. All of those are explicit admissions that Hanwha sees substantial ongoing value in the Moses Lake facility.

44.     As owners of more than 5% of the outstanding shares in REC Silicon, Water Street called for an Extraordinary General Meeting to demand a formal investigation into the circumstances surrounding the testing of Moses Lake-produced polysilicon, the failure of that material to meet contract specifications, and Hanwha's termination of its 10-year purchase agreement with REC Silicon.

45.    As Water Street explained in a May 22, 2025, open letter to other shareholders, Hanwha Global's tender offer price of 2.20 Norwegian Kroners ($0.22 USD) per share is blatantly unfair for multiple reasons. *First*, the fluid-bed reactors at the Moses Lake facility can be restarted at any time to produce consistently pure polysilicon. The failure of one qualification test is not an indication that the greater than $1 billion value of the Moses Lake facility became suddenly worthless. *Second*, the silane gas produced at the facility can be used in the production of lithium-ion batteries that power electric vehicles and significantly increase the range provided by the lithium-ion battery. The market for electric vehicles is fastgrowing and multiple producers of lithium-ion batteries have built plants adjacent to the Moses Lake facility, which reiterates the longterm profitability of the facility. *Indeed, in September 2024, Sila Nanotechnologies, Inc. entered a supply contract with REC Silicon for the supply of silane to be used for the production of silicon anode, a component of lithium-batteries.*[27] *Third*, we believe the value of REC Silicon's intellectual property alone greatly exceeds Hanwha's indicated offer price for the entire company. Indeed, in 2023, Mr. Levens estimated the replacement value of

---

[27] *REC Silicon and Sila Sign Long-Term Silane Supply Agreement*, SILA, (Sep. 18, 2024), https://www.silanano.com/press/press-releases/rec-silicon-and-sila-sign-long-term-silane-supply-agreement.

the Moses Lake and Butte facilities to be $3 billion. A $133 million implied price for the entire company significantly undervalues its assets and intellectual property.

46.    Other minority shareholders in REC Silicon share Water Street's view that Hanwha Global's "scandalously low offer" significantly undervalues REC Silicon shares and "are [also] evaluating various legal actions.[28]  Indeed, minority shareholders holding over 4% of company shares sent a letter to the Board of REC Silicon, explaining, among other things, that their "concern is not only related to the offer price, but more fundamentally to the process that led to the recommendation," and reminding the "Board that its actions must be fully compliant with Norwegian corporate law, including the fiduciary duty to act loyally and in the best interests of all shareholders."[29]

47.    Water Street asserts that Hanwha's actions as the controlling shareholder and sole customer of REC Silicon, and its subsequent low-ball tender offer, reflect a scheme to obtain a state-of-the-art production facility in Moses Lake, Washington at a very low price.

---

[28]  *Stop the steal*, REC SILICON INVESTOR HUB, (Apr. 26, 2025), https://www.recsiliconinvestors.com/stop-the-steal-2/.

[29]  Kelly Pickerel, *Hanwha offers to buy REC Silicon for $88 million*, SOLAR POWER WORLD, (Apr. 28, 2025), https://www.solarpowerworldonline.com/2025/04/hanwha-offers-to-buy-rec-silicon-for-88-6-million/.

## VIII.  Water Street Is Contemplating a Litigation Against Hanwha in Norway.

48.     Water Street intends to commence civil proceedings in Norwegian Court against Hanwha Gobal for issuing a tender offer that contains material errors or omissions in violation of Chapter 6 of the Norwegian Securities Trading Act, and against certain members of the board of directors of REC Silicon for breaches of informational duties to the stock market in violation of Section 3-1 of the Norwegian Securities Trading Act.

49.     As noted above, on May 22, 2025, Water Street shared an open letter with other shareholders, explaining its view of Hanwha's termination of the Polysilicon Purchase Agreement and its assessment of Hanwha Gobal's suboptimal tender offer.  Water Street called for a formal investigation and explained that if its "suspicions have merit, it is obvious that REC Silicon will have a considerable claim for compensation from Hanwha and/or Hanwha's directors and managers."

50.     Water Street intends to use the evidence obtained through this application for discovery pursuant to 28 U.S.C. § 1782 in its contemplated lawsuit in Norway.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 6, 2025

Paul Leming