FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 11, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

IN RE APPLICATION FOR
DISCOVERY PURSUANT
TO 28 U.S.C. § 1782

No. 2:25-MC-00019-JAG

ORDER GRANTING WATER
STREET CAPITAL INC.'S
APPLICATION FOR AN ORDER
PERMITTING DISCOVERY
PURSUANT TO 28 U.S.C. § 1782

**MOTIONS GRANTED
(ECF Nos. 1, 2, and 3)**

Pending before the Court is Water Street Capital Inc.'s Application for Discovery Pursuant to 28 U.S.C. § 1782. ECF No. 1. Water Street Capital requests expedited review and also seeks permission to exceed the page limit. ECF Nos. 2 and 3. Water Street seeks documents and deposition testimony from individuals and entities located within this district for use in a reasonably contemplated proceeding in Norway. The Court finds that Water Street Capital has made the requisite showing to meet the statutory requirements to seek discovery pursuant to 28 U.S.C. § 1782. Further, the *Intel* factors weigh in favor of this Court's exercise of its discretion to authorize Water Street to take discovery from REC Silicon ASA (and its subsidiaries operating in this district—REC Advanced Silicon Materials LLC, REC Silicon Inc., and REC Solar Grade Silicon LLC), as well as the corporate officers listed in the application, William Levens, Jaesung

ORDER - 1

Sim, and Jeffrey Johnson. *Intel Corp. v. Advanced Micro Devices, Inc.,* 542 U.S. 241 (2004).

Accordingly, **IT IS ORDERED:**

1.     Water Street's Application for Discovery Pursuant to 28 U.S.C. § 1782, **ECF No. 1**, is **GRANTED**.

2.     Water Street's request to conduct discovery, including for leave to serve subpoenas in substantially similar form as those attached as Exhibits 1 – 4 to the Declaration of Reed Brodsky, ECF Nos. 4-1, 4-2, 4-3, and 4-4, is **GRANTED.**

3.     Water Street's Motion to Exceed Page Limit, **ECF No. 2**, is **GRANTED**.

4.     Water Street's Motion to Expedite, **ECF No. 3**, is **GRANTED**.

5.     Nothing in this Order shall be construed to prevent or otherwise foreclose the Applicant from seeking modifications of this Order or leave of Court to serve any additional subpoenas on a person or entity.

**IT IS SO ORDERED.**  The District Court Executive is directed to file this Order and provide copies to counsel.

DATED June 11, 2025.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2