The Honorable James A. Goeke

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF WASHINGTON

IN RE APPLICATION OF WATER STREET CAPITAL, INC.,

Case No. 2:25-mc-00019-JAG

**DECLARATION OF MAUREEN L. MITCHELL IN SUPPORT OF MOTION TO QUASH**

The undersigned, Maureen L. Mitchell, hereby declares as follows:

1. This declaration is based upon my own personal knowledge. I am counsel of record for Non-parties REC Silicon ASA, and its subsidiaries, REC Advanced Silicon Materials LLC, REC Silicon, Inc., and REC Solar Grade Silicon LLC (collectively, "REC Silicon"). I am over 18 years of age, am of sound mind, and am fully competent to testify to the matters stated herein. I make this declaration based upon my personal knowledge and review of business records in my possession.

2. After being served with a subpoena issued by counsel for Water Street Capital, Inc. ("Water Street") on June 13, 2025, REC Silicon immediately took steps to retain outside counsel. As counsel for REC Silicon, I requested a meet and confer with Water Street's counsel pursuant to Fed.R.Civ.P. 26(c) on June 18, 2025 and that meeting occurred on June 19, 2025.

DECLARATION OF MAUREEN L. MITCHELL ISO MOTION TO QUASH (2:25-MC-00019-JAG) - 1

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

173653111.1

3.       During our meet and confer, counsel for Water Street insisted that their subpoena was properly issued under 28 U.S.C. §1728 and they maintained that they were entitled to a vast disclosure of documents, and that it was possible to produce them on an accelerated timeline, notwithstanding my protestations to the contrary. They insisted that the scope of their document requests was reasonable, even though we stated that REC Silicon's Moses Lake Facility was operating in "skeleton" mode and had little if any staff that could conduct a search for responsive documents. They stated that they would be willing to negotiate an agreed scope of response with production of documents on a rolling basis. Rather than identify a discrete list of documents that they were seeking, they offered a list of search terms, custodians, and targets of electronic discovery that they believed would enable them to obtain substantiating evidence to proceed with a claim in Norway against REC Silicon Board members.

4.       We were unable to resolve our dispute regarding the subpoena response during our June 19, 2025 meeting. But we concluded the meeting by agreeing that we would continue to negotiate ways to reasonably accommodate Water Street's requests.

**I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.**

DATED this 20th day of June, 2025 in Seattle, Washington.

*s/ Maureen L. Mitchell*
Maureen L. Mitchell

*Counsel to REC Silicon ASA, REC Advanced Silicon Materials LLC, REC Silicon Inc., and REC Solar Grade Silicon LLC*

DECLARATION OF MAUREEN L. MITCHELL ISO MOTION TO QUASH
(2:25-MC-00019-JAG) - 2

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

173653111.1

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on the date written below, I caused a true and correct copy of **DECLARATION OF MAUREEN L. MITCHELL IN SUPPORT OF MOTION TO QUASH** to be delivered to the following parties in the manner indicated:

| **Service List** | |
|---|---|
| Reed Brodsky (pro hac vice forthcoming)<br>David Salant (pro hac vice forthcoming)<br>Vanessa Ajagu (pro hac vice forthcoming)<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Tel: (212) 351-4000<br>Email:  rbrodsky@gibsondunn.com;<br>dsalant@gibsondunn.com;<br>vajagu@gibsondunn.com<br><br>Darin Sands, WSBA #35865<br>Bradley Bernstein Sands LLP<br>2800 First Avenue, Suite 326<br>Seattle, Washington 98121<br>Tel: (206) 638-4970<br>Email:  dsands@bradleybernstein.com;<br><br>*Attorneys for Petitioners* | ☐ Via US Mail<br>☐ Via Messenger<br>☒ Via CM/ECF/Email<br>☐ Via over-night delivery |

DATED this 20ᵗʰ day of June, 2025, in Seattle, WA.

*s/ Savannah Lang*
Savannah Lang

DECLARATION OF MAUREEN L. MITCHELL ISO MOTION TO QUASH
(2:25-MC-00019-JAG) - 3

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

173653111.1